### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,** | |
| *Plaintiff,* | |
| **v.** | **CASE NO.:  2:23-CV-00009-JRG** |
| **HEWLETT PACKARD ENTERPRISE COMPANY,** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

### HEWLETT PACKARD ENTERPRISE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Hewlett Packard Enterprise Company makes the following disclosure:

Hewlett Packard Enterprise Company ("HPE") is a publicly held corporation. HPE has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Cole A. Riddell
Texas Bar No. 24105423
HALTOM & DOAN
6500 Summerhill Rd., Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: criddell@haltondoan.com

Matthew S. Yungwirth
msyungwirth@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

Tyler Marandola (*pro hac vice*)
tmarandola@duanemorris.com
DUANE MORRIS LLP
30 S. 17th St.
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**ATTORNEYS FOR DEFENDANT
HEWLETT PACKARD ENTERPRISE
COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on March 3, 2023.

*/s/ Jennifer H. Doan*
Jennifer H. Doan