# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTRUES, LLC, § § § Plaintiff, § § CIVIL ACTION NO. 2:23-cv-00009-JRG v. § § § HEWLETT PACKARD ENTERPRISE § **JURY TRIAL DEMANDED** COMPANY, § § Defendant. § § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Sovereign Peak Ventures, LLC ("SPV"), Plaintiff in the above-captioned action, certifies that SPV is a wholly owned subsidiary of Monument Patent Holdings, LLC, which is itself a wholly owned subsidiary of Dominion Harbor Enterprises, LLC. Undersigned counsel further certifies that there are no publicly held entities that own ten percent or more of SPV's stock.

Dated: June 6, 2023

Respectfully submitted,

*/s/ Patrick J. Conroy*
Patrick J. Conroy
Texas Bar No. 24012448
Jon Rastegar
Texas Bar No. 24064043
**NELSON BUMGARDNER CONROY PC**
2727 N. Harwood St.
Suite 250
Dallas, TX 75201
Tel: (817) 377-9111
pat@nelbum.com

1

jon@nelbum.com

John P. Murphy
Texas Bar No. 24056024
**NELSON BUMGARDNER CONROY PC**
3131 W 7th St.
Suite 300
Fort Worth, TX 76107
Tel: (817) 806-3808
murphy@nelbum.com

Attorneys for Plaintiff
**SOVEREIGN PEAK VENTURES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on June 6, 2023.

*/s/ Patrick J. Conroy*
Patrick J. Conroy